# Court of Appeals
# of the State of Georgia

ATLANTA,  October 07, 2014

*The Court of Appeals hereby passes the following order:*

## A15A0228.  LALITHA D. SARIPALLI v. EVERBANK.

This case originated as a dispossessory proceeding in magistrate court.  After an adverse ruling, Lalitha D. Saripalli appealed the magistrate court's decision to the superior court.  Following a bench trial, the superior court found in favor of Everbank, and Saripalli filed this direct appeal.  We, however, lack jurisdiction.

Because the order at issue concerns a de novo appeal from a magistrate court decision, Saripalli was required to follow the discretionary appeal procedures.  See OCGA § 5-6-35 (a) (1); *English v. Delbridge*, 216 Ga. App. 366, 367 (454 SE2d 175) (1995).  Her failure to do so deprives us of jurisdiction to consider this appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 10/07/2014
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*